

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### AIKEN DIVISION

| | | |
|---|---|---|
| JAMES LEE WEAVER JR., | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | CIVIL ACTION  1:18-234-MGL |
| | § | |
| MS. SERMONS, Medical Supervisor; | § | |
| WARDEN MR. DAVIS; and MS. DOVE, | § | |
| Grievance Coordinator, | § | |
| Defendants. | § | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## AND DISMISSING THIS ACTION WITH PREJUDICE
## FOR FAILURE TO PROSECUTE

Plaintiff James Lee Weaver Jr. (Weaver), who is proceeding pro se, filed this action under

42 U.S.C. § 1983.  The matter is before the Court for review of the Report and Recommendation

(Report) of the United States Magistrate Judge suggesting this action be dismissed with prejudice

under Rule 41(b) of the Federal Rules of Civil Procedure for failure to prosecute.  The Report was

made in accordance with 28 U.S.C. § 636 and Local Civil Rule 73.02 for the District of South

Carolina.

The Magistrate Judge makes only a recommendation to this Court.  The recommendation has

no presumptive weight.  The responsibility to make a final determination remains with the Court.

*Mathews v. Weber*, 423 U.S. 261, 270 (1976).  The Court is charged with making a de novo

determination of those portions of the Report to which specific objection is made, and the Court may

accept, reject, or modify, in whole or in part, the recommendation of the Magistrate Judge or recommit the matter with instructions. 28 U.S.C. § 636(b)(1).

The Magistrate Judge filed the Report on August 7, 2018, but Weaver failed to file any objections. "[I]n the absence of a timely filed objection, a district court need not conduct a de novo review, but instead must 'only satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'" *Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (quoting Fed. R. Civ. P. 72 advisory committee's note). Moreover, a failure to object waives appellate review. *Wright v. Collins*, 766 F.2d 841, 845-46 (4th Cir. 1985).

After a thorough review of the Report and the record in this case pursuant to the standard set forth above, the Court adopts the Report and incorporates it herein. Therefore, it is the judgment of the Court this action is **DISMISSED WITH PREJUDICE** under Fed. R. Civ. P. 41(b) for failure to prosecute. Accordingly, the defendants' motion for summary judgment is necessarily **RENDERED MOOT**.

**IT IS SO ORDERED**.

Signed this 22nd day of August, 2018, in Columbia, South Carolina.

<div style="margin-left:40%">

s/ Mary Geiger Lewis
MARY GEIGER LEWIS
UNITED STATES DISTRICT JUDGE

</div>

*****

**NOTICE OF RIGHT TO APPEAL**

The parties are hereby notified of the right to appeal this Order within thirty days from the date hereof, pursuant to the Federal Rules of Appellate Procedure.